# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH COMBS,<br><br>    Plaintiff,<br><br>    v.<br><br>RURAL COMMUNITY INSURANCE SERVICES,<br><br>    Defendant. | Case No. 1:24-cv-00674-KES-SAB<br><br>ORDER GRANTING DANIEL N. ROSENSTEIN'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 9) |

The court has read and considered the application of Daniel N. Rosenstein, attorney for Defendant Rural Community Insurance Services, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Daniel N. Rosenstein's application for admission to practice *pro hac vice* is HEREBY GRANTED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **July 3, 2024**

UNITED STATES MAGISTRATE JUDGE

1