# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH COMBS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RURAL COMMUNITY INSURANCE SERVICES,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00674-KES-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE STATUS REPORT<br><br>(ECF No. 19)<br><br>**AUGUST 20, 2025 DEADLINE** |

　　　　On November 12, 2024, the District Judge held a hearing related to Defendant's motion to dismiss. (ECF No. 19.) Plaintiff request to stay the matter without opposition was granted at the hearing. The District Judge ordered that the parties file a joint status report in six months and every 3 months thereafter.

　　　　The parties timely filed a status report within six months, on May 12, 2025. (ECF No. 21.) Therein, the parties proffered that they had recently participated in an arbitration hearing and anticipated an arbitration decision/award within thirty days of May 20, 2025. The parties confirmed they would file a follow up status report in three months, pursuant to the Court's November 12, 2024 minute order. The parties have not filed a joint status report nor otherwise requested an extension of time to do so.

　　　　Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

1

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Based on the foregoing, IT IS HEREBY ORDERED that **no later than August 20, 2025**, the parties shall show cause in writing why they should not be sanctioned for failing to comply with the Court's order to file a status report. Failure to comply with this order will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:  **August 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2