# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH COMBS,<br><br>      Plaintiff,<br><br>      v.<br><br>RURAL COMMUNITY INSURANCE SERVICES,<br><br>      Defendant. | Case No. 1:24-cv-00674-KES-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 22, 25)<br><br>**NOVEMBER 12, 2025 DEADLINE** |

On August 15, 2025, the Court issued an order to show cause, requiring the parties to show cause in writing why sanctions should not issue for failure to comply with a court order and file a status report. (ECF No. 22.) On August 19, 2025, the parties timely filed a declaration responding to the order to show cause, as well as a status report. (ECF No. 25.) Satisfied with the responses and report from the parties, the Court will discharge the order to show cause. Moreover, to avoid any confusion, the Court will reiterate the next status report deadline, as imposed by the District Judge's November 12, 2024 order. (ECF No. 19.)

///

///

///

///

Accordingly, the Court HEREBY ORDERS that:

1. The August 15, 2025 order to show cause (ECF No. 22) is DISCHARGED; and
2. The next deadline to file a status report in this matter shall be November 12, 2025.

IT IS SO ORDERED.

Dated: **August 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2