# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH COMBS,<br><br>            Plaintiff,<br><br>      v.<br><br>RURAL COMMUNITY INSURANCE<br>SERVICES,<br><br>            Defendant. | Case No. 1:24-cv-00674-KES-SAB<br><br>ORDER DIRECTING CLERK OF COURT<br>TO CLOSE CASE AND ADJUST DOCKET<br>TO REFLECT STIPULATED DISMISSAL<br><br>(ECF No. 30) |

On June 8, 2026, the parties filed a stipulation dismissing this action. (ECF No. 9.)  In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to CLOSE the file in this case and adjust the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:    **June 9, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge